

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00007-CV

IN THE INTEREST OF B.B.-N., A
CHILD

------------

### FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 231-557017-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On June 22, 2016, we granted appellant's motion for rehearing and ordered appellant to pay or make arrangements to pay for preparation of the clerk's record and the reporter's record, and provide this court with proof of payment, on or before Monday, July 11, 2016. We stated that failure to pay or to make such arrangements will result in dismissal of the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(c).

---

[1]*See* Tex. R. App. P. 47.4.

On July 11, 2016, the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2).

Because appellant has not made payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: July 28, 2016